# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 10, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

       In Re: Dorca Amancio
           Chapter 13 Bankruptcy
           Case No. 5-23-02074

Dear Sir/Madam:

 I have received returned mail **Allied Collection Service**. a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to 8550 Balboa Blvd, Ste 323, Northridge, CA 91325-5806. The correct information is as follows:

    Allied Collection Service
    1607 Central Ave
    Columbus, IN 472201

I served the Notice of Opportunity to Object at the above address on July 10, 2024. Please correct the mailing matrix.

 Thank you for assistance in this matter.

       Very truly yours,

       /s/ Tullio DeLuca, Esquire

TD/as