**TULLIO DeLUCA**

ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 10, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re:  Dorca Amancio
Chapter 13 Bankruptcy
Case No. 5-23-02074

Dear Sir/Madam:

I have received returned mail **Direct TV, LLC**. a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to PO Box 6550 Greenwood Village, CO 80155-6550. The correct information is as follows:

DirectTV, LLC
Attn: Bankruptcies
PO Box 5007
Carol Stream, IL 60197-5007

I served the Notice of Opportunity to Object at the above address on July 10, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

Tullio DeLuca/Jm

/s/ Tullio DeLuca, Esquire

TD/as