# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764   FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 11, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re:   Dorca Amancio
                    Chapter 13 Bankruptcy
                    Case No. 5-23-02074

Dear Sir/Madam:

    I have received returned mail **Credit Protection Association**. a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to PO Box 802068, Dallas, TX 15380. The correct information is as follows:

        Credit Protection Association, LLC
        13355 Noel Road, Suite 2100
        Dallas, TX 75240-6387

I served the Notice of 1ˢᵗ Amended Plan at the above address on July 11, 2024. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                    Very truly yours,

                    /s/ Tullio DeLuca, Esquire

TD/as