United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02074-MJC |
| Dorca Amancio | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 15, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5611155 | + | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019 MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS 75019-629 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority suzannem@slusserlawfirm.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency-Hemap khousman@pkh.com |
| Michelle McGowan | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 mimcgowan@raslg.com |

| | |
| --- | --- |
| Michelle McGowan | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust rshearer@raslg.com |
| Robert Shearer | on behalf of Creditor MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC rshearer@raslg.com |
| Tullio DeLuca | on behalf of Debtor 1 Dorca Amancio tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 5:23-bk-02074-MJC  
Chapter 13

In re: Debtor(s) (including Name and Address)

Dorca Amancio  
619 N. Wyoming Ave.  
Hazleton PA 18201

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/14/2024.

Name and Address of Alleged Transferor(s):

Claim No. 6: MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS

Name and Address of Transferee:

U.S. BANK TRUST NATIONAL ASSOCIATION  
SELENE FINANCE LP  
ATTN: BK DEPT  
3501 OLYMPUS BLVD, SUITE 500  
DALLAS, TX 75019  
U.S. BANK TRUST NATIONAL ASSOCIATION

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/17/24

Terrence S. Miller  
**CLERK OF THE COURT**