UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:                                                                      CASE NO.: 23-02074
                                                                                          CHAPTER 13

Dorca Amancio,
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

                **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                              **13010 MORRIS ROAD, SUITE 450**
                                    **ALPHARETTA, GA 30004**

                                                      Robertson, Anschutz, Schneid, Crane &
                                                      Partners, PLLC
                                                      Attorney for Secured Creditor
                                                      13010 Morris Road, Suite 450
                                                      Alpharetta, GA   30004
                                                      Telephone: 470-321-7112
                                                      Facsimile: 404-393-1425

                                                      By: /s/Sherri Dicks
                                                           Sherri Dicks
                                                           Email: sdicks@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DORCA AMANCIO
619 N. WYOMING AVE.
HAZLETON, PA 18201

And via electronic mail to:

TULLIO DELUCA
381 N. 9TH AVENUE
SCRANTON, PA 18504

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
U.S. COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Angela Gill