UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                CHAPTER 13
                                                                                                     CASE NO.: 5:23-bk-02074-MJC

**Dorca Amancio,**

        Debtor.

_____/

**U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,**

        Movant,

v.

**Dorca Amancio and
Jack N Zaharopoulos**
        Respondents.

_____/

## CERTIFICATE OF NO OBJECTION

        The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 76 appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: 4/17/2025

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:   CHAPTER 13
   CASE NO.: 5:23-bk-02074-MJC
**Dorca Amancio,**

    **Debtor.**
_____/

**U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,**

    **Movant,**

v.

**Dorca Amancio and
Jack N Zaharopoulos**
    **Respondents.**
_____/

## CERTIFICATE OF SERVICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on <u>April 17, 2025</u> I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Dorca Amancio
619 N. Wyoming Ave.
Hazleton, PA 18201

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102


Dated:<u>4/17/2025</u>


**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: <u>/s/ Robert Shearer</u>
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: CHAPTER 13
CASE NO.: 5:23-bk-02074-MJC
Dorca Amancio,

    Debtor.
_____/

U.S. BANK TRUST NATIONAL
ASSOCIATION NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR RCAF ACQUISITION
TRUST,

    Movant,

v.

Dorca Amancio and
Jack N Zaharopoulos
    Respondents.
_____/

## ORDER OF COURT

    AND NOW, this _____ day of _____, 2025, upon consideration of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) any response thereto and that it is not necessary for an effective reorganization, it is hereby

    ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. BANK TRUST NATIONAL

ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST; and it is further

ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 617 North Wyoming Street, Hazleton, Pennsylvania 18201-4336 including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Honorable Mark J Conway
U.S. Bankruptcy Court Judge