UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
DORCA AMANCIO : CHAPTER 13
                      Debtor : CASE NO. 5-23-02074

*******************************************************************************************

## PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CERTIFICATE OF DEFAULT

*******************************************************************************************

AND NOW COMES, the Debtor, Dorca Amancio, by and through her

attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Objection

to Trustee's Certificate of Default.   Trustee consents to the withdrawal.

Respectfully submitted,


Date:  April 21, 2025                /s/Tullio DeLuca_____
                                       Tullio DeLuca, Esq.,
                                       PA ID# 59887
                                       Attorney for Debtor
                                       381 N. 9th Avenue
                                       Scranton, PA 18504

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
DORCA AMANCIO                       :        CHAPTER 13
                    Debtor          :        CASE NO. 5-23-02074
********************************************************************************************

## CERTIFICATE OF SERVICE
********************************************************************************************

The undersigned hereby certifies that on April 21, 2025, he caused a true

and correct copy of Debtor's Praecipe to Withdraw Debtor's Objection to the

Certificate of Default, to be served via electronic filing on the following CM/ECF

users:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Date:  April 21, 2025              /s/Tullio DeLuca
                                   Tullio DeLuca, Esq.