In re:  Case No. 23-02074-MJC
Dorca Amancio  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Apr 22, 2025     Form ID: pdf010     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorca Amancio, 619 N. Wyoming Ave., Hazleton, PA 18201-4316 |
| cr | + | Hazleton City Authority, Hazleton City Authority, 400 E. Arthur Gardner Parkway, Hazleton, PA 18201, UNITED STATES 18201-7395 |
| cr | + | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5565930 | + | Credit Protection Association LLC, 13355 Noel Road Suite 2100, Dallas, TX 75240-6837 |
| 5565934 | + | Geisinger Health System, 100 North Academy Avenue, Danville, PA 17822-0001 |
| 5565935 | | Hazleton City Authority, 400 E. Arthur Gardner Pkwy., Hazleton, PA 18201-7395 |
| 5577408 | + | Hazleton City Authority, 400 East Arthur Gardener Parkway, Hazleton, PA 18201-7395 |
| 5615268 | + | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5611154 | + | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5611155 | + | MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019 MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS 75019-629 |
| 5565939 | #+ | Maria B. Rodriguez, 617 N. Wyoming St.,, Hazleton, PA 18201-4316 |
| 5565940 | + | Midwest Recovery Systems, 13340 Holmes Rd, Kansas City, MO 64145-1437 |
| 5565944 | + | PNC Bank, 500 W. Jefferson St.,, Louisville, KY 40202-2863 |
| 5565948 | + | Service Electric Cablevision, 380 Maplewood Dr., Hazle Twp, PA 18202-8200 |
| 5565949 | + | Six Flags Great Adventure, 1 Six Flags Blvd., Jackson, NJ 08527-5369 |
| 5565950 | | Stern & Eisenberg, PC, 1518 Main St., Suite 200, Warrington, PA 18976 |
| 5565952 | + | The Heart Care Group, 1249 S Cedar Crest Blvd No. 100, Allentown, PA 18103-6227 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Apr 22 2025 18:49:00 | Pennsylvania Housing Finance Agency-Hemap, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 22 2025 18:49:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5565926 | + | Email/Text: bankruptcynotices@aarons.com | Apr 22 2025 18:49:00 | Aaron's Sales and Lease, 700 W. Broad St., Hazleton, PA 18201-6175 |
| 5565927 | + | Email/Text: krystle@alliedcollectionservice.com | Apr 22 2025 18:49:00 | Allied Collection Service, 1607 Central Ave, Columbus, IN 47201-5370 |
| 5565928 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 22 2025 18:49:00 | Berks Credit & Collection, 8085 Knue Rd, Indianapolis, IN 46250-1921 |
| 5565929 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2025 18:52:05 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5565931 | + | Email/Text: G06041@att.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 22 2025 18:49:00 | Directv, 2230 E. Imperial Hwy, El Segundo, CA 90245-3502 |
| 5565933 | | Email/Text: bankruptcynotification@ftr.com | Apr 22 2025 18:49:00 | Frontier Communications, Bankruptcy Dept., 19 John St., Middletown, NY 10940 |
| 5565936 | | Email/Text: tullio.deluca@verizon.net | Apr 22 2025 18:49:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5565937 | | Email/Text: bk@lendmarkfinancial.com | Apr 22 2025 18:48:00 | Lendmark Financial Services, 2118 Usher St. NW, Covington, GA 30014-24634 |
| 5565938 | | Email/Text: bk@lendmarkfinancial.com | Apr 22 2025 18:48:00 | Lendmark Financial Services, PO Box 2969, Covington, GA 30015 |
| 5568334 | + | Email/Text: RASEBN@raslg.com | Apr 22 2025 18:49:00 | Legacy Mortgage Asset Trust 2020-GS5, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5579267 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 22 2025 18:49:00 | Legacy Mortgage Asset Trust 2020-GS5, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5565941 | + | Email/Text: bankruptcy@ncaks.com | Apr 22 2025 18:49:00 | NCA, P.O. Box 550, 327 W. Fourth St., Hutchinson, KS 67501-4842 |
| 5565942 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 22 2025 18:49:00 | NY State Dept. of Taxation, Bankruptcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 5566085 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2025 18:49:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5565943 | + | Email/Text: blegal@phfa.org | Apr 22 2025 18:49:00 | PHFA, 2101 N. Front St., P.O. Box 15530, Harrisburg, PA 17105-5530 |
| 5565945 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2025 18:52:30 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5565946 | ^ | MEBN | Apr 22 2025 18:49:05 | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1139 |
| 5571397 | + | Email/Text: blegal@phfa.org | Apr 22 2025 18:49:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5565947 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 22 2025 18:49:00 | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115 |
| 5565951 | | Email/Text: bankruptcynotices@cbecompanies.com | Apr 22 2025 18:49:00 | The CBE Group, Inc., 131 Tower Park Dr., P.O. Box 900, Waterloo, IA 50704-0900 |
| 5668736 | + | Email/Text: bkteam@selenefinance.com | Apr 22 2025 18:49:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, SELENE FINANCE LP, ATTN: BK DEPT, 3501 OLYMPUS BLVD, SUITE 500, DALLAS, TX 75019-6295 |
| 5668737 | + | Email/Text: bkteam@selenefinance.com | Apr 22 2025 18:49:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, SELENE FINANCE LP, ATTN: BK DEPT, 3501 OLYMPUS BLVD, SUITE 500, DALLAS, TX 75019, U.S. BANK TRUST NATIONAL ASSOCIATION 75019-6295 |
| 5696367 | + | Email/Text: RASEBN@raslg.com | Apr 22 2025 18:49:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Legacy Mortgage Asset Trust 2020-GS5, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA |

| | | |
|---|---|---|
| | 30004-2001 | |
| 5565932 | *+ | Dorca Amancio, 619 N. Wyoming Ave., Hazleton, PA 18201-4316 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority suzannem@slusserlawfirm.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency-Hemap khousman@pkh.com |
| Michelle McGowan | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust rshearer@raslg.com |
| Robert Shearer | on behalf of Creditor MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC rshearer@raslg.com |
| Robert Shearer | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com |
| Sherri R Dicks | on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com |
| Tullio DeLuca | on behalf of Debtor 1 Dorca Amancio tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Dorca Amancio

          Debtor 1

Chapter: 13
Case No.: 5:23-bk-02074-MJC

Jack N Zaharopoulos
Standing Chapter 13
   vs.
          Movant(s)

Dorca Amancio

          Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed, the objection to which has been withdrawn,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

          By the Court,

          *[signature]*

          Mark J. Conway, Bankruptcy Judge
          Dated: April 22, 2025